MILLER-SCHLOTT, INC., Respondent, v. WOODRICH ENGINEERING Co., INC., and Others, Defendants, Impleaded with PARKCREST HOUSING CORPORATION and TITLE GUARANTEE AND TRUST COMPANY, Appellants.— Judgment unanimously

---

*Affd. 264 N. Y. 636.         †Amdg. Civ. Prac. Act, § 1087.

affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.